FILED IN OPEN COURT
7.19.17
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                 CASE NO. 3:17-cr-131-J-39MCR
                                   18 U.S.C. § 641

CIERRA ELIZABETH WHITE

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning in or about August 2012, and continuing through in or about May 2014, in the Middle District of Florida, and elsewhere, the defendant,

CIERRA ELIZABETH WHITE,

did knowingly and willfully embezzle, steal, purloin, and convert to the defendant's use and the use of another, more than $1,000 of money and a thing of value of the United States and Department of Agriculture, a department and agency of the United States, that is, money, with intent to deprive the United States and Department of Agriculture of the use and benefit of the money and thing of value.

In violation of 18 U.S.C. § 641.

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of the violation of 18 U.S.C. § 641 charged in Count One, the defendant, CIERRA ELIZABETH WHITE, shall forfeit to the United States of America, pursuant to 18 U.S.C § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

                                        A TRUE BILL,

                                        *Michelle E. Smith*
                                        Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By:   *Kevin C. Frein*
      Kevin C. Frein
      Assistant United States Attorney

By:   *Kelly S. Karase*
      Kelly Karase
      Assistant United States Attorney
      Deputy Chief, Jacksonville Division

FORM OBD-34
7/13/17 Revised

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CIERRA ELIZABETH WHITE

## INDICTMENT

Violations: 18 U.S.C. § 641

A true bill,

*Michelle E. Smith*
Foreperson

Filed in open court this \_\_19r\_\_ day of July, 2017.

_____
Clerk

Bail   $_____

GPO 863 525